IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT C. PETERSON, | ) | 4:13CV3080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 14) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by August 19, 2013;

2. Defendant shall file a brief by September 18, 2013;

3. Plaintiff may file a reply brief by October 2, 2013; and

4. This case shall be ripe for decision on October 3, 2013.

July 3, 2013.                                BY THE COURT:

                                             *Richard G. Kopf*
                                             Senior United States District Judge