IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT C. PETERSON, | ) | 4:13CV3080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's (second) motion for extension of time (filing 18) is granted, and the briefing schedule is modified as follows:

1.    Defendant shall file a brief by October 18, 2013;

2.    Plaintiff may file a reply brief by November 1, 2013; and

3.    This case shall be ripe for decision on November 4, 2013.

September 18, 2013.          BY THE COURT:

                                                    s/ Richard G. Kopf
                                                    Senior United States District Judge