IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT C. PETERSON, | ) | 4:13CV3080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's (second) motion for extension of time (filing 20) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by November 18, 2013;

2. Plaintiff may file a reply brief by December 2, 2013; and

3. This case shall be ripe for decision on December 3, 2013.

October 18, 2013.                    BY THE COURT:

                                     s/ Richard G. Kopf
                                     Senior United States District Judge