IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT C. PETERSON, | ) | 4:13CV3080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's (third) motion for extension of time (filing 22) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by December 18, 2013;

2. Plaintiff may file a reply brief by January 10, 2014; and

3. This case shall be ripe for decision on January 13, 2014.

November 18, 2013.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge